IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                   Case No. 1:09-cr-10016

NICHOLAS HAYNIE                                                              DEFENDANT

**ORDER**

Before the Court is Defendant Nicholas Haynie's Motion for Early Termination of Supervised Release. ECF No. 55.

On October 6, 2010, the Court sentenced Defendant to 210 months imprisonment and five (5) years of supervised release on one count of Distribution of More than 50 grams of Cocaine Base in violation of 21 U.S. C. §§ 841(a)(1) and (b)(1)(A)(iii). ECF No. 25. Defendant's term of imprisonment was later reduced to 151 months. ECF No. 36. Defendant began serving his term of supervised release on October 5, 2021.

In the instant motion, Defendant seeks to have the Court end his term of supervised release. Defendant cites his sterling employment record since his release from confinement and his perfect adherence to the terms of his release as justifications for early termination. Defendant has served approximately twenty-two (22) months of his total term of sixty (60) months.

The Government responded to Defendant's request. ECF No. 56. The Government states that it has consulted with Defendant's United States Probation officer and does not oppose Defendant's motion to terminate his period of supervised release.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a),

to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

After consideration of the above-referenced factors, the Court finds that the instant motion (ECF No. 55) should be and hereby is **GRANTED** based upon Defendant's good conduct, his significant adherence to the terms of his supervised release, and the interests of justice. Defendant Nicholas Haynie's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 2nd day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge